IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:08CR1-MEF |
| CEDRIC B. GREGORY | ) | |

**AMENDED PRETRIAL CONFERENCE ORDER**

The *Pretrial Conference Order* previously filed in this case (Doc. #12, entered February 15, 2008), is amended to reflect the deadline for the Notice of Intent to Change Plea in this case is noon on March 26, 2008.

Done this 19th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE