IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:08-cr-1-MEF |
| | ) | |
| CEDRIC B. GREGORY | ) | |

## UNITED STATES' REQUESTED VOIR DIRE QUESTIONS

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests this Court to propound the attached questions to the jury venire in this case. The United States respectfully reserves the right to submit additional requests as developments in this case may warrant.

Respectfully submitted this 31st day of March, 2008.

                                                                                  Respectfully submitted,

                                                                                   LEURA G. CANARY
                                                                                    UNITED STATES ATTORNEY

                                                                                    /s/ Jerusha T. Adams
                                                                                    JERUSHA T. ADAMS
                                                                                    Assistant United States Attorney
                                                                                    Post Office Box 197
                                                                                    Montgomery, Alabama 36101-0197
                                                                                    334-223-7280 phone    334-223-7135  fax
                                                                                    jerusha.adams@usdoj.gov

1. Other than a traffic ticket, has any member of the panel ever had an unpleasant experience involving law enforcement?

    a. If so, please explain.

2. Has any member of the panel, or a relative or close friend ever been employed by a law firm or other organization which participates in the defense of criminal cases?

    a. If so, please state their names, the type of law they practice, and the location of their practice.

    b. If a relative was or is so employed, do you often discuss their jobs with them?

3. Has any member of the panel, or a relative or close friend ever been employed by a local, state, or federal law enforcement agency?

    a. What about employment with a local, state, or federal government?

4. Has any member of the panel ever had any training in law or in law enforcement?

    a. If so, please describe.

5. Does any member of the panel know Cedric B. Gregory, or any member of his family, or any friends of his, on either a personal, business, or professional basis?

    a. If so, who, and in what capacity?

    b. If so, are you able to put aside feelings resulting from such knowledge, regardless of whether they are favorable or unfavorable to Cedric B. Gregory, or to any member of his family or friend of his, and decide this case solely upon the evidence?

6. Do you or any or your friends or relatives know any of the attorneys in these cases?

    a. If so, who and how?

7. Do you or any of your friends or relatives know any of the witnesses in these cases (have attorneys read a list of their witnesses)?

8. Have you or any of your friends or relatives ever had any unfavorable association or dealings with the United States Government?

   a. If so, who or what?

9. Do any of you have any physical problems which will interfere with your service as a juror, or will prevent you from reading the documents that are introduced into evidence or from hearing the testimony that will come from the witness chair?

10. Do any of you have any convictions, whether they may be moral, religious, philosophical or otherwise that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment on your fellow man?

11. Has any member of the panel ever been a juror in a criminal case before?

    a. If so, what kind of criminal case?

    b. What was the result?

12. Has any member of the panel, or a relative or close friend, ever been the victim of a crime?

    a. If so, what type of crime and when did it occur? Was the case prosecuted?

    b. Regarding the case, was there anything in your dealings with the police, the court, the prosecutor or the defense lawyer that left you unhappy or unsatisfied? Please elaborate?

    c. Did you testify?

    d. What was the result? Were you satisfied with the result?

13. Do all of you realize that as a juror, in your deliberations as to guilt, you must not consider any possible punishment?

14. The defendant may introduce evidence concerning his good character. Do any of you believe that a person with a good reputation could not commit a crime?

15. Does any member of the panel believe that the Federal Government does not have the right to criminalize the use or possession of firearms?

16. Does any member of the panel have any reason why you would be unable to give either the Government or the defendant a fair trial based solely upon the fact that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") is involved?

17. Has any member of the panel, or any member of your family, ever been investigated by the ATF or by a state or local law enforcement agency?

    a. If so, please explain.

18. Do any of you have a problem with the Government's use of a visual identification of a criminal suspect?

    a. Do any of you require that the Government prove identification through fingerprints or DNA?

19. Can all of you decide this case solely on the evidence presented in this courtroom, applying the law as given to you by the Court, and decide it without bias, prejudice, and sympathy?

    a. If not, please explain.

20. Is there any reason why any of you would be unable to reach a fair and impartial verdict based solely upon the evidence submitted during the trial and the instructions which the judge gives you?

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:08-cr-1-MEF |
| | ) | |
| CEDRIC B. GREGORY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov