IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-001-MEF |
| | ) | |
| CEDRIC B. GREGORY | ) | |

# **O R D E R**

Upon consideration of defendant's Motion to Continue Trial (Doc. #21) filed on March 31, 2008, it is hereby

ORDERED that the motion is GRANTED. The trial of this case set for April 7, 2008 is continued to the criminal term beginning on May 5, 2008 at 10:00 A.M. in the United States Courthouse, One Church Street, Montgomery, Alabama. Jury selection will be before Judge W. Keith Watkins on May 5, 2008 with the trial of this case commencing on May 12, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama..

DONE this the 2nd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE